## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

TIMBERLAND 109, LLC,

    Petitioner,

v.

HARRIS COUNTY, GEORGIA; SUSAN
ANDREWS; BOBBY IRIONS; SCOTT
LIGHTSEY; GREG GANTT; and ROBERT
GRANT, in their individual and official
capacities,

    Respondents.

CIVIL ACTION FILE
NO. 4:26-cv-00754-TES

### TEMPORARY STAY OF RULE 16/26 ORDER

The above-styled case comes before the Court on a Consent Motion by all parties for a temporary stay of the Rule 16/26 Order requirements. For good cause shown, the Court hereby GRANTS a temporary stay of the Rule 16/26 Order requirements.

In the event that any of Petitioner's claims remain pending after this Court's ruling on the Motion to Dismiss, the Parties shall confer within fourteen days of the ruling as required by Rules 16/26. The Parties shall then submit their proposed scheduling order within twenty-eight days of the ruling on the Motion to Dismiss.

SO ORDERED, this _____16_____ day of _____June, 2026_____

Judge Tilman E. Self, III
United States District Court
Middle District of Georgia

*ORDER PREPARED BY:*
Morgan G. McClure
Georgia Bar No. 884372
Attorney for Respondents