**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **TIMBERLAND 109, LLC,** | : | |
| | : | **CIVIL ACTION FILE** |
| **Petitioner,** | : | **NO. 4:26-CV-00754-TES** |
| | : | |
| | : | **RELATED CIVIL ACTION** |
| ***v.*** | : | **FILE NOs: 4:26-CV-00752-** |
| | : | **TES and 4:26-CV-00970-TES** |
| **HARRIS COUNTY, GEORGIA** | : | |
| | : | |
| **Respondent.** | : | |

**ORDER REMANDING MATTER TO THE HARRIS COUNTY, GEORGIA BOARD OF COMMISSIONERS**

The above-styled actions are before this Court, as set forth herein. Petitioner, Timberland 109, LLC ("Petitioner") desires that its rezoning application be reconsidered by the Harris County Board of Commissioners and requests that this Court enter this Order to Remand Civil Action File No. 4:26-CV-00752-TES and Civil Action File No. 4:26-CV-00754-TES to the Harris County Board of Commissioners ("Board of Commissioners") for reconsideration.

1.

Civil Action File No. 4:26-CV-00752-TES and Civil Action File No. 4:26-CV-00754-TES are before this Court on Petitioner's First Amended Verified Petition for Declaratory Judgment and Injunctive Relief and Petitioner's First Amended Verified Petition for Declaratory, Injunctive, and Mandamus Relief and Complaint for

Damages and Attorney's Fees, respectively. These actions are with respect to Petitioner's Rezoning Application seeking to rezone approximately 586.45 +/- acres of property (the "Subject Property") from the A-1 zoning district to R-1 district to allow for the development of a conservation residential subdivision.

2.

Civil Action File No. 4:26-CV-00970-TES is also before this Court on Petitioner's Verified Petition for Declaratory Judgment, Injunctive Relief, and Complaint for Damages and Attorney's Fees with respect to Petitioner's conservation subdivision preliminary plat application.

3.

Reconsideration of the Rezoning Application on remand does not require any specific outcome, but any decision of the Board of Commissioners must be preceded by a duly-noticed public hearing in compliance with Georgia's Zoning Procedures Law, O.C.G.A. § 36-66-1, *et seq*.

4.

To permit the Respondents to conduct the required public hearing and reconsider the Rezoning Application, the Petitioner has requested that this matter be remanded to the Board of Commissioners for reconsideration during the current stay granted by the Court.

Based on the above, it is hereby ORDERED that:

a. All proceedings in Civil Action File No.: 4:26-CV-00752-TES, and Civil Action File No.: 4:26-CV-00754-TES, shall be and are hereby REMANDED to the Board of Commissioners for reconsideration of the Rezoning Application during the stay period previously granted by the Court; and

b. Civil Action File No. 4:26-CV-00970-TES will remain stayed until October 1, 2026; and

c. Upon conclusion of the proceedings on remand to the Board of Commissioners, the Petitioner shall report to this Court the results of such proceeding at which time this Court shall consider whether further action before this Court is required; and

d. Petitioner reserves the right to resume the existing litigation if these matters are not resolved as a result of this Remand.

e. Respondents do not waive any defenses or any arguments contained within motions pending before the Court as a result of the remand of these cases.

SO ORDERED, this 10th day of August, 2026.

s/Tilman E. Self, III
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT

Prepared by:

**SMITH, WELCH, WEBB & WHITE, LLC**

*/s/ Andrew J. (Andy) Welch, III*
Andrew J. (Andy) Welch, III
Georgia State Bar No. 746801
Grant E. McBride
Georgia State Bar No. 109812
Samuel P. Pompeo
Georgia State Bar No. 671589
*Attorneys for Petitioner*

280 Country Club Drive
Stockbridge, GA 30281
(770) 957-3937(phone)
(770) 957-9165(facsimile)
awelch@smithwelchlaw.com
gmcbride@smithwelchlaw.com
spompeo@smithwelchlaw.com

*/s/ Benjamin Perkins*
Benjamin M. Perkins
Georgia Bar No. 140997
Wes P. Rahn
Georgia Bar No. 609391
*Attorneys for Petitioner*

**OLIVER MANER LLP**
218 West State Street
PO Box 10186
Savannah, GA 31412
(912) 236-3311
bperkins@olivermaner.com
wrahn@olivermaner.com